**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6479**

_____

DAVID RANDALL JAMES, JR.,

        Plaintiff - Appellant,

    v.

ROANOKE CITY SHERIFF'S OFFICE,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert S. Ballou, District Judge.  (7:24-cv-00079-RSB-PMS)

_____

Submitted:  September 30, 2024                    Decided:  October 15, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Randall James, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Randall James, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to timely provide it with a new address and return a form consenting to the withholding of fees.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because James's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*